UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andy Ryan Photographer, LLC,<br><br>                        Plaintiff,<br><br>   -against-<br><br>Greenell Corporation,<br><br>                        Defendant. | 23-CV-08451 (MKV)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 14, 2024 (ECF 21), Judge Mary Kay Vyskocil referred this case to Magistrate Judge Gary Stein for settlement. On February 15, 2024, that referral was reassigned to me.

A settlement conference is scheduled for **Monday, April 22, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **April 8, 2024** to propose three alternative dates for a settlement conference during the week of 4/22/2024. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Monday, April 15, 2024, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: February 15, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge